Scott E. Radcliffe, (CA BAR NO. 278098)
**ALVES RADCLIFFE LLP**
2377 Gold Meadow Way, Suite 100
Gold River, California 95670
T: (916) 333-3375
E: sradcliffe@alvesradcliffe.com

Attorneys for Plaintiff
AUGUST IMAGE, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUST IMAGE, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>WACOW MEDIA,<br><br>  Defendant. | Civil Action No. 2:23-cv-02771-DMG-AGR<br><br>**PLAINTIFF'S MOTION FOR CLERK'S DEFAULT** |

　　　Plaintiff August Image, LLC ("Plaintiff"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. 55, hereby moves for entry of a default by the Clerk against defendant Wacow Media ("Defendant"), and in support thereof states as follows:

1

1. On April 13, 2023, Plaintiff filed its Complaint in this action.

2. On April 22, 2023, Defendant was served with a copy of the Summons and Complaint in this action. See D.E.11.

3. Defendant's response/answer to the Complaint was due on May 15, 2023.

4. As the docket in this action reveals, Defendant failed to file any Answer or otherwise respond to the Complaint as required by the Court.

5. Attached to this Motion as Exhibit "A" is a proposed default for entry by the Clerk.

**WHEREFORE**, Plaintiff respectfully requests that the Clerk enter a default against Defendant and for such other and further relief as the Court deems proper under the circumstances.

Dated: May 16, 2023.                    By: /s/ Scott Radcliffe_____
                                        SCOTT E. RADCLIFFE
                                        Attorney for Plaintiff
                                        August Image, LLC

### CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically

1  serve all counsel of record.

2

3                                      /s/ Scott Radcliffe____

4                                      Scott Radcliffe, Esq.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24