Scott E. Radcliffe, (CA BAR NO. 278098)
**ALVES RADCLIFFE LLP**
2377 Gold Meadow Way, Suite 100
Gold River, California 95670
T: (916) 333-3375
E: sradcliffe@alvesradcliffe.com

Attorneys for Plaintiff
AUGUST IMAGE, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUST IMAGE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>WACOW MEDIA,<br><br>    Defendant. | Civil Action No. 2:23-cv-02771-DMG-AGR |

## **CLERK'S DEFAULT**

A Default is hereby entered in this action against defendant Wacow Media for failure to serve or file an Answer or otherwise respond to the Complaint as required by law.

1

1         Dated this _____ day of _____, 2023.

2                             Clerk of Courts

3

4

5     By:_____

6                             Deputy Clerk

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24