JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUST IMAGE, LLC, <br>            Plaintiff, <br>     v. <br> WACOW MEDIA, <br>            Defendant. | Case No. CV 23-2771-DMG (AGRx) <br><br> **JUDGMENT** |

Pursuant to the Court's Order re Plaintiff's Motion for Default Judgment, filed October 27, 2023,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Plaintiff August Image, LLC, and against Defendant WaCow Media in the amount of $635,700 in actual damages and $12,000 in statutory damages, plus attorneys' fees and costs to be determined.

IT IS FURTHER ORDERED that WaCow, and its employees, agents, officers, directors, attorneys, successors, affiliates, subsidiaries, and assigns, and all those in active concert and participation with it, are hereby PERMANENTLY RESTRAINED and ENJOINED from (a) directly or indirectly infringing Plaintiff's copyrights or continuing to market, offer, sell, dispose of, license, lease, transfer, publicly display, advertise, reproduce, develop, or manufacture any works derived or copied from Plaintiff's copyrighted photographs or to participate or assist in any such activity; and (b) directly or indirectly reproducing, displaying, distributing, otherwise using, or retaining any copy, whether in physical or electronic form, of any copyrighted photograph owned by Plaintiff.

DATED: October 27, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE